# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**MALEK BOUZID ALIANE**                                                                                           **PLAINTIFF**
**REG #69316-061**

VS.                                            4:14-CV-00355-BRW

**UNITED STATES**
**MARSHAL'S SERVICE** *et al.*                                                                        **DEFENDANTS**

## ORDER

Plaintiff has submitted this case for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Southern District of Ohio.[1] I find the interests of justice would be served best by transferring this case to the United States District Court for the Southern District of Ohio.[2] Accordingly, the Clerk of the Court is directed to transfer Plaintiff's entire case file to the United States District Court for the Southern District of Ohio forthwith.

IT IS SO ORDERED this 20th day of June, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. §1391(b).

[2] 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").